UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Argonaut Insurance Company,

           Plaintiff(s),        Case No. 19-13769

v.        Honorable Denise Page Hood

City of Warren, et al.,        Magistrate Judge David R. Grand

           Defendant(s).
_____/

### ORDER REGARDING REASSIGNMENT OF COMPANION CASE

This case appears to be a companion case to Case No. __17-11260__. Pursuant to E.D. Mich LR 83.11, the Clerk is directed to reassign this case to the docket of the Honorable __Terrence G. Berg__ and Magistrate Judge __R. Steven Whalen__.

                                              s/Denise Page Hood
                                              Denise Page Hood
                                              United States District Judge

                                              s/Terrence G. Berg
                                              Terrence G. Berg
                                              United States District Judge

Pursuant to this order, case assignment credit will be given to the appropriate Judicial Officers. Case type: __CIVIL__

If the District Judge assigned to the companion case is located at another place of holding court, the office code will be changed accordingly.

Date: __January 30, 2020__                       s/N. Ahmed
                                                                              Deputy Clerk

cc:    Parties and/or counsel of record
        Honorable Terrence G. Berg